# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | ) ) ) |
| v. | ) No. 3:13-CR-177-N-BT ) |
| JAMES LEWIS,  Defendant. | ) ) ) |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that within thirty days from the date of this order, Defendant shall either withdraw his motion or amend the motion using the enclosed form, so that it contains all claims he wishes to raise with respect to his conviction in No. 3:13-CR-177-N.

The Clerk's Office is directed to open a new civil action pursuant to § 2255 (nature of suit 510), mail to Defendant the standard form for filing a motion to vacate sentence under 28 U.S.C. § 2255, and terminate the motion in the criminal case.

Signed this 16th day of April, 2018.

David C. Godbey
United States District Judge